**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| FWK HOLDINGS, LLC, MEIJER, INC., AND MEIJER DISTRIBUTION, INC., <br><br>         Plaintiffs, <br><br>     v. <br><br> TAKEDA PHARMACEUTICAL COMPANY LIMITED, TAKEDA PHARMACEUTICALS U.S.A., INC., AND PAR PHARMACEUTICAL, INC., <br><br>         Defendants. | C.A. No. 1:21-cv-11057-GAO |
| KPH HEALTHCARE SERVICES, INC., A/K/A KINNEY DRUGS, INC., <br><br>         Plaintiff, <br><br>     v. <br><br> TAKEDA PHARMACEUTICAL COMPANY LIMITED, TAKEDA PHARMACEUTICALS U.S.A., INC, AND PAR PHARMACEUTICAL, INC., <br><br>         Defendants. | C.A. No. 1:21-cv-11255-GAO |

## <u>NOTICE OF VOLUNTARY DISMISSAL</u>

Pursuant to Federal Rule of Civil Procedure 41(a)(1), plaintiffs in the above-captioned actions hereby dismiss all causes of action against Endo International plc without prejudice, with each party to bear its own costs and attorneys' fees. Endo International plc has filed neither answers nor motions for summary judgment to the complaints in the above-captioned actions. Dismissal under Rule 41(a)(1) is therefore appropriate.

Dated: September 21, 2021                    Respectfully submitted,

**HAGENS BERMAN SOBOL SHAPIRO LLP**

*/s/Kristen A. Johnson*
Thomas M. Sobol (BBO #471770)
Kristen A. Johnson (BBO #667261)
Bradley J. Vettraino (BBO #691834)
55 Cambridge Parkway, Suite 301
Cambridge, MA 02142
Tel: (617) 482-3700
Fax: (617) 482-3003
tom@hbsslaw.com
kristenj@hbsslaw.com
bradleyv@hbsslaw.com

*Attorneys for FWK Holdings LLC, Meijer, Inc.,*
*Meijer Distribution Inc., KPH Healthcare Services,*
*Inc., a/k/a. Kinney Drugs, Inc. and the Proposed*
*Class*

Michael L. Roberts
Stephanie E. Smith
**ROBERTS LAW FIRM US, PC**
20 Rahling Cir.
Little Rock, AR 72223
Tel: (501) 821-5575
mikeroberts@robertslawfirm.us
stephaniesmith@robertslawfirm.us

*Attorneys for KPH Healthcare Services, Inc., a/k/a.*
*Kinney Drugs, Inc. and the Proposed Class*

Joseph M. Vanek (BBO # 551083)
David P. Germaine (*pro hac vice*)
Eamon P. Kelly (*pro hac vice*)
John P. Bjork (*pro hac vice*)
**SPERLING & SLATER, P.C.**
55 W. Monroe St., Suite 3200
Chicago, IL 60603
Tel: (312) 641-3200
jvanek@sperling-law.com
dgermaine@sperling-law.com
ekelly@sperling-law.com
jbjork@sperling-law.com

John D. Radice (*pro hac vice* forthcoming)
Daniel Rubenstein (*pro hac vice* forthcoming)
Natasha Fernandez-Silber (*pro hac vice* forthcoming)
**RADICE LAW FIRM, P.C.**
475 Wall St.
Princeton, NJ 08540
Tel: (646) 245-8502
Fax: (609) 385-0745
jradice@radicelawfirm.com
drubenstein@radicelawfirm.com
nsilber@radicelawfirm.com

*Attorneys for FWK Holdings LLC, Meijer, Inc., Meijer Distribution Inc., and the Proposed Class*

**CERTIFICATE OF SERVICE**

I, Kristen A. Johnson, hereby certify that this document is being filed with the Clerk of the Court by using the Court's CM/ECF system, which will send notification of such filing to all registered CM/ECF users and electronic copies will be sent to those indicated as non-registered ECF participants on this 21st day of September 2021.

Dated: September 21, 2021                              */s/ **Kristen A. Johnson***

Kristen A. Johnson